UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Julie Anne Sherlund                     Bankruptcy Case No. 22-30013
                                        Chapter 13

      Debtor.

NOTICE OF APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES

TO:   TRUSTEES, CREDITORS, AND INTERESTED PARTIES

NOTICE IS HERBY GIVEN that Sara E. Diaz of Bulie Diaz Law Office, as counsel for the Debtor, has filed an application for allowance of compensation, a copy of which application is attached and served upon you.

NOTICE IS FURTHER GIVEN that written objections to said application, if any shall be filed with the Clerk of the US Bankruptcy Court, Quentin N. Burdick Courthouse, 655 1st Ave. N. Suite 210, Fargo, ND 58102-4932 within TWENTY-ONE (21) days from the date of the mailing of this notice. Any objections not filed and served may be deemed waived.

Dated: October 18, 2022

BULIE DIAZ LAW OFFICE

By: */s/ SARA E. DIAZ*
Sara E. Diaz #06069
Attorney for Debtor
3523 45th St. S. Suite 102
Fargo, ND 58104
Phone: (701) 298-8748
sara@bulielaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Julie Anne Sherlund                                          Bankruptcy Case No. 22-30013
                                                             Chapter 13

      Debtor.

APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES

Bulie Diaz Law Office and Attorney Sara E. Diaz, as counsel for the Debtor(s), moves this Court pursuant to 11 U.S.C. § 330, for allowance of fees and reimbursement of expenses for the period from January 17, 2022 through October 17, 2022 in the amount of $ 5,887.94.

The granting of the relief requested is appropriate for the following reasons:

1. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §157 and 1334 and Rule 2016 of the Rules of Bankruptcy Procedure. This motion is a core proceeding. This case was commenced as a Chapter 13 case on January 19, 2022.

2. The fee arrangement between the Debtors and Bulie Diaz Law Office, provides for the Debtors to pay Bulie Diaz Law Office $285.00 per hour for post-confirmation services by an attorney, $100.00 per hour for non-attorney work, and reimbursement of costs and expenses incurred.

3. Debtor paid Bulie Diaz Law office $ 2,500.00 prior to filing to be applied towards pre-confirmation services.

4. A detailed description of services and expenses provided on the Debtors behalf is attached as Exhibit A and incorporated by reference. Fees incurred total $5,507.15 and expenses paid

by the firm totals $380.79. After deduction for the $2,500.00 retainer paid prior to the case filing, the balance owed to Bulie Diaz Law Office totals $3,387.94.

5. The fees and costs that are subject of this application constitute a legitimate administrative expense in this proceeding.

6. No agreement exists to share the compensation sought with any other individual or entity.

WHEREFORE, Bulie Diaz Law Office respectfully requests that the Court:

(1) Award $5,887.94 as stated in this Application, to Counsel of the Debtor for attorney compensation and reimbursement of expenses; and

(2) Allowing the unpaid balance of $3,387.94 be approved by the court as a priority administrative claim in the case, to be paid by the Chapter 13 trustee out of the funds deposited with the trustee by the debtor.

Dated: October 18, 2022.

BULIE DIAZ LAW OFFICE

By: /s/ *SARA E. DIAZ*
Sara E. Diaz #06069
Attorney for Debtor
3523 45th St. S. Suite 102
Fargo, ND 58104
Phone: (701) 298-8748
sara@bulielaw.com



EXHIBIT A

From

**Bulie Diaz Law Office**
3523 45th St. S. Suite 102
Fargo, ND 58104
(701)-298-8748

217 S. 4th Street
Grand Forks, ND 58201
(701) 795-5062

| | | | Invoice For | **Julie A Sherlund**<br>**1724 39th St. S. Apt 111**<br>**Fargo, ND 58103** |
|---|---|---|---|---|
| Invoice ID | **81** | | | |
| Issue Date | 10/17/2022 | | | |
| Due Date | 10/17/2022 (upon receipt) | | | |
| Subject | Sherlund, Julie A - Billing Statement through October 14, 2022 | | | |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Professional Services | Sherlund, Julie A. - 01/17/2022 - Drafting of Documents / Sara Diaz: Initial Petition Drafting, access credit report, review client documentation for entry into petition and schedules | 1.33 | $285.00 | **$379.05** |
| Professional Services | Sherlund, Julie A. - 01/17/2022 - Correspondence, Email / Sara Diaz: Draft email to client requesting additional information and documentation. | 0.25 | $285.00 | **$71.25** |
| Professional Services | Sherlund, Julie A. - 01/18/2022 - Correspondence, Email / Sara Diaz: Emails with client regarding inherited funds, follow up information on income, setting up Zoom meeting | 0.17 | $285.00 | **$48.45** |
| Professional Services | Sherlund, Julie A. - 01/18/2022 - Consultation / Sara Diaz: Zoom Meeting with Julie to discuss exemption issues on vehicle, Chapter 13 viability and process | 0.75 | $285.00 | **$213.75** |
| Professional Services | Sherlund, Julie A. - 01/18/2022 - Drafting of Documents / Sara Diaz: Drafting of Schedules and Statements, Review Means testing in more detail, blue book vehicle, prepare for Zoom meeting with client | 2.00 | $285.00 | **$570.00** |
| Professional Services | Sherlund, Julie A. - 01/18/2022 - Drafting of Documents / Sara Diaz: Prepare Retainer Agreement, Chapter 13 plan and finalize schedules. Email to client with overview email. | 1.00 | $285.00 | **$285.00** |
| Professional Services | Sherlund, Julie A. - 01/18/2022 - Correspondence, Email / Sara Diaz: Emails with client re: review of documents, income calculations. | 0.17 | $285.00 | **$48.45** |
| Professional Services | Sherlund, Julie A. - 01/19/2022 - Case Filing Preparation / Sara Diaz: Review and prepare executed documents for e-filing with Court. | 0.25 | $285.00 | **$71.25** |

| | | | | |
|---|---|---|---|---|
| Professional Services | Sherlund, Julie A. - 01/19/2022 - Correspondence, Email / Sara Diaz: Prepare and email notice of electronic filing to B. Nelson | 0.10 | $285.00 | **$28.50** |
| Professional Services | Sherlund, Julie A. - 01/19/2022 - Correspondence, Email / Sara Diaz: Email notice of filing, case number and meeting of creditors information to client. Update calendar with meeting and deadline information | 0.20 | $285.00 | **$57.00** |
| Professional Services | Sherlund, Julie A. - 03/01/2022 - Correspondence, Email / Sara Diaz: Prepare cover letter and Zoom information memo for client. Email client with additional petition and plan copies and request to conference prior to 341 meeting | 0.33 | $285.00 | **$94.05** |
| Professional Services | Sherlund, Julie A. - 03/01/2022 - Correspondence, Email / Sara Diaz: Email to Connie A. at Trustee's office - with initial documentation | 0.10 | $285.00 | **$28.50** |
| Professional Services | Sherlund, Julie A. - 03/03/2022 - Correspondence, Email / Sara Diaz: Follow up with client on prior email, requesting bank statements and meeting | 0.10 | $285.00 | **$28.50** |
| Professional Services | Sherlund, Julie A. - 03/04/2022 - Administrative Assistant Work: Data Entry, Postage, Service, Calendaring / Sara Diaz: Call with Julie to get documents for 341 Meeting (T. Thompkins), email to Sara for review. Provide documents to Trustee's office | 0.25 | $100.00 | **$25.00** |
| Professional Services | Sherlund, Julie A. - 03/04/2022 - Correspondence, Email / Sara Diaz: Email to client with review of expectations for 341 Meeting | 0.17 | $285.00 | **$48.45** |
| Professional Services | Sherlund, Julie A. - 03/07/2022 - Court Appearances / Sara Diaz: Preparation and appearance at first 341 meeting (not fully held) | 0.33 | $285.00 | **$94.05** |
| Professional Services | Sherlund, Julie A. - 03/07/2022 - Consultation / Sara Diaz: Zoom conference with Julie regarding rescheduled 341 meeting, review of documents | 0.33 | $285.00 | **$94.05** |
| Professional Services | Sherlund, Julie A. - 03/07/2022 - Consultation / Sara Diaz: Email to Trustee's office regarding status of rescheduled 341 | 0.10 | $285.00 | **$28.50** |
| Professional Services | Sherlund, Julie A. - 03/10/2022 - Correspondence, Email / Sara Diaz: Review date for rescheduled 341, email to client | 0.10 | $285.00 | **$28.50** |
| Professional Services | Sherlund, Julie A. - 03/25/2022 - Review of Documents, Responses and Objections / Sara Diaz: Review objections of Bethany and Gate City Bank to Chapter 13 Plan, strategize response | 0.50 | $285.00 | **$142.50** |

| | | | | |
|---|---|---|---|---|
| Professional Services | Sherlund, Julie A. - 03/28/2022 - Correspondence, Email / Sara Diaz: Email objecting parties request to continue confirmation post-341, review responses and file stipulated motion with Court to continue hearing | 0.17 | $285.00 | **$48.45** |
| Professional Services | Sherlund, Julie A. - 04/03/2022 - Correspondence, Email / Sara Diaz: Review and respond to email from client regarding confirmation hearing. | 0.10 | $285.00 | **$28.50** |
| Professional Services | Sherlund, Julie A. - 04/04/2022 - Court Appearances / Sara Diaz: Appearance and preparation for continued 341 Meeting | 1.22 | $285.00 | **$347.70** |
| Professional Services | Sherlund, Julie A. - 04/05/2022 - Correspondence, Email / Sara Diaz: Review trustee's notes from 341 meeting. | 0.10 | $285.00 | **$28.50** |
| Professional Services | Sherlund, Julie A. - 04/12/2022 - Review of Documents, Responses and Objections / Sara Diaz: Review objection to plan filed by Trustee | 0.17 | $285.00 | **$48.45** |
| Professional Services | Sherlund, Julie A. - 04/27/2022 - Correspondence, Email / Sara Diaz: Emails with Berly Nelson and Trustee's office regarding status of confirmation, plan amendments, consents to continue confirmation hearing and schedule time to meet with Berly. | 0.17 | $285.00 | **$48.45** |
| Professional Services | Sherlund, Julie A. - 04/28/2022 - Correspondence, Email / Sara Diaz: Confirm consent to continue confirmation from objecting parties, file stipulated motion to continue confirmation, prepare service to creditors | 0.25 | $285.00 | **$71.25** |
| Professional Services | Sherlund, Julie A. - 04/29/2022 - Administrative Assistant Work: Data Entry, Postage, Service, Calendaring / Sara Diaz: File certificate of service with Court | 0.10 | $100.00 | **$10.00** |
| Professional Services | Sherlund, Julie A. - 05/03/2022 - Correspondence, Email / Sara Diaz: Emails with B.Nelson regarding extension of objection to discharge deadline. | 0.17 | $285.00 | **$48.45** |
| Professional Services | Sherlund, Julie A. - 05/03/2022 - Correspondence, Email / Sara Diaz: Email to client regarding extension of discharge deadline request, update on status of case | 0.17 | $285.00 | **$48.45** |
| Professional Services | Sherlund, Julie A. - 05/09/2022 - Review of Documents, Responses and Objections / Sara Diaz: Review motions to extend time to object to discharge filed by Gate City Bank and Bethany Homes | 0.33 | $285.00 | **$94.05** |
| Professional Services | Sherlund, Julie A. - 05/10/2022 - Review of Documents, Responses and Objections / Sara Diaz: Review GCB and Bethany Home Objections to plan, summons from Bethany suit - documentation needs and initial modified plan calculations | 0.78 | $285.00 | **$222.30** |

| | | | | |
|---|---|---|---|---|
| Professional Services | Sherlund, Julie A. - 05/10/2022 - Correspondence, Email / Sara Diaz: Draft email with supporting documentation to Trustee, provide updates on amendments and potential modified plan options | 0.42 | $285.00 | $119.70 |
| Professional Services | Sherlund, Julie A. - 05/10/2022 - Review of Documents, Responses and Objections / Sara Diaz: Review of file to update schedules, clarify statements made in petition and at 341 Meeting. Email to Trustee's Atty regarding errors, information requested, provided documentation currently on file. Provide Trustee's attorney status update on Bethany negotiations | 0.75 | $285.00 | $213.75 |
| Professional Services | Sherlund, Julie A. - 05/11/2022 - Correspondence, Email / Sara Diaz: Zoom call with Julie regarding modification of plan, Bethany homes debt | 0.37 | $285.00 | $105.45 |
| Professional Services | Sherlund, Julie A. - 05/11/2022 - Consultation / Sara Diaz: Preparation for and Zoom meeting with Julie to discuss dischargeability of claims and plan confirmation | 0.75 | $285.00 | $213.75 |
| Professional Services | Sherlund, Julie A. - 05/12/2022 - Correspondence, Email / Sara Diaz: Follow-up email to Julie requesting additional documentation and information, provide offer from Bethany on dischargability issue. | 0.25 | $285.00 | $71.25 |
| Professional Services | Sherlund, Julie A. - 05/12/2022 - Correspondence, Email / Sara Diaz: Settlement Conference with B. Nelson re: dischargability claims | 0.42 | $285.00 | $119.70 |
| Professional Services | Sherlund, Julie A. - 05/13/2022 - Correspondence, Email / Sara Diaz: Emails with objecting parties regarding continuation of confirmation hearing | 0.10 | $285.00 | $28.50 |
| Professional Services | Sherlund, Julie A. - 05/16/2022 - Administrative Assistant Work: Data Entry, Postage, Service, Calendaring / Sara Diaz: E-file stipulated motion for continuation of confirmation, prepare service. | 0.10 | $100.00 | $10.00 |
| Professional Services | Sherlund, Julie A. - 05/31/2022 - Correspondence, Email / Sara Diaz: Review tax returns and bank statements provided by client. Email reply with request for update on Bethany settlement offer | 0.17 | $285.00 | $48.45 |
| Professional Services | Sherlund, Julie A. - 05/31/2022 - Correspondence, Email / Sara Diaz: Email to attorney Mike Gust to review litigation prospects regarding dischargability claim of Bethany Homes. | 0.33 | $285.00 | $94.05 |
| Professional Services | Sherlund, Julie A. - 06/10/2022 - Correspondence, Email / Sara Diaz: Email to Trustee's attorney with updated taxes and bank statements, questions regarding items in storage unit | 0.17 | $285.00 | $48.45 |
| Professional Services | Sherlund, Julie A. - 06/10/2022 - Correspondence, Email / Sara Diaz: Email to B. Nelson with counteroffer on dischargability claim | 0.10 | $285.00 | $28.50 |

| | | | | |
|---|---|---|---|---|
| Professional Services | Sherlund, Julie A. - 06/10/2022 - Correspondence, Email / Sara Diaz: Email to client regarding storage unit, requested full tax returns, update on Bethany | 0.10 | $285.00 | **$28.50** |
| Professional Services | Sherlund, Julie A. - 06/21/2022 - Correspondence, Email / Sara Diaz: Email to B.Nelson requesting status | 0.10 | $285.00 | **$28.50** |
| Professional Services | Sherlund, Julie A. - 06/21/2022 - Correspondence, Email / Sara Diaz: Email counteroffer from Bethany to client | 0.17 | $285.00 | **$48.45** |
| Professional Services | Sherlund, Julie A. - 06/21/2022 - Correspondence, Email / Sara Diaz: Email to Trustee's Attorney with status of settlement negotiations/Bethany | 0.10 | $285.00 | **$28.50** |
| Professional Services | Sherlund, Julie A. - 06/23/2022 - Review of Documents, Responses and Objections / Sara Diaz: Review of 2021 tax returns, bank statements. Prepare amended schedules and statement of financial affairs for 90 day payments and correct inherited funds amounts received. Review 341 audio. | 0.58 | $285.00 | **$165.30** |
| Professional Services | Sherlund, Julie A. - 06/23/2022 - Correspondence, Email / Sara Diaz: Emails with Berly Nelson regarding settlement of Bethany Homes Dischargeability claim | 0.10 | $285.00 | **$28.50** |
| Professional Services | Sherlund, Julie A. - 06/23/2022 - Correspondence, Email / Sara Diaz: Call with Jon Brakke and follow up email regarding Gate City Bank claim | 0.17 | $285.00 | **$48.45** |
| Professional Services | Sherlund, Julie A. - 06/24/2022 - Correspondence, Email / Sara Diaz: Email to trustee's attorney with updated bank statement. Review reply regarding treatment of Gate City's claim in plan. | 0.17 | $285.00 | **$48.45** |
| Professional Services | Sherlund, Julie A. - 06/28/2022 - Drafting of Documents / Sara Diaz: Calculation and Drafting of 1st Amended Chapter 13 plan and amended schedules | 1.03 | $285.00 | **$293.55** |
| Professional Services | Sherlund, Julie A. - 06/28/2022 - Correspondence, Email / Sara Diaz: Email to J. Brakke regarding treatment of Gate City Bank's claim in modified plan | 0.10 | $285.00 | **$28.50** |
| Professional Services | Sherlund, Julie A. - 07/19/2022 - Correspondence, Email / Sara Diaz: Call with Berly Nelson regarding settlement agreement | 0.05 | $285.00 | **$14.25** |
| Professional Services | Sherlund, Julie A. - 08/22/2022 - Drafting of Documents / Sara Diaz: Draft and e-file Mtn to Continue Confirmation | 0.33 | $285.00 | **$94.05** |
| Professional Services | Sherlund, Julie A. - 08/22/2022 - Correspondence, Email / Sara Diaz: Emails with B.Nelson, J. Nona and Kyle Carlson's office regarding August 23rd confirmation hearing and status of settlement agreements/proposed amended plan | 0.25 | $285.00 | **$71.25** |

| | | | | |
|---|---|---|---|---|
| Professional Services | Sherlund, Julie A. - 09/21/2022 - Administrative Assistant Work: Data Entry, Postage, Service, Calendaring / Sara Diaz: Document prep- e-file and service of 1st Amended plan with Exhibits, and order rescheduling hearing, e-filing of certificate of service. | 0.50 | $100.00 | **$50.00** |
| Expenses | Sherlund, Julie A. - 01/19/2022 - 3) Postage, Copies, Service Expenses / Sara Diaz: Service of Initial Plan: <br>Postage: $4.24 <br>Printing: $4.80 | 1.00 | $9.04 | **$9.04** |
| Expenses | Sherlund, Julie A. - 01/19/2022 - 2) Filing Fees / Sara Diaz: Filing fee for Chapter 13 Bankruptcy Case | 1.00 | $313.00 | **$313.00** |
| Expenses | Sherlund, Julie A. - 03/30/2022 - 3) Postage, Copies, Service Expenses / Sara Diaz: Service of Order Continuing Confirmation Hearing <br>Postage: $3.71 <br>Printing: $3.50 | 1.00 | $7.21 | **$7.21** |
| Expenses | Sherlund, Julie A. - 04/29/2022 - 3) Postage, Copies, Service Expenses / Sara Diaz: Service of Order Continuing Confirmation of Plan <br>Postage: $6.89 <br>Printing: $3.50 | 1.00 | $10.39 | **$10.39** |
| Expenses | Sherlund, Julie A. - 05/17/2022 - 3) Postage, Copies, Service Expenses / Sara Diaz: Service of Order Continuing Confirmation <br>Postage: $3.71 <br>Printing: $3.50 | 1.00 | $7.21 | **$7.21** |
| Expenses | Sherlund, Julie A. - 06/30/2022 - 3) Postage, Copies, Service Expenses / Sara Diaz: Service of Order Continuing Confirmation Hearing: <br>(1) Postage - $6.36 <br>(2) Printing - $3.50 | 1.00 | $9.86 | **$9.86** |
| Expenses | Sherlund, Julie A. - 08/23/2022 - 3) Postage, Copies, Service Expenses / Sara Diaz: Service of Continued Confirmation Hearing (August 2022) <br>Printing: $3.50 <br>Postage: $3.99 | 1.00 | $7.49 | **$7.49** |
| Expenses | Sherlund, Julie A. - 09/21/2022 - 3) Postage, Copies, Service Expenses / Sara Diaz: Service of 1st Amended Plan, Order Rescheduling Confirmation, Exhibits A & B: <br>Printing - $8.40 <br>Postage: $3.99 | 1.00 | $12.39 | **$12.39** |

| Expenses | Sherlund, Julie A. - 10/17/2022 - 3) Postage, Copies, Service Expenses / Sara Diaz: Service of Order Confirming Chapter 13 Plan<br>Printing: $0.60<br>Postage: $3.60 | 1.00 | $4.20 | $4.20 |
|---|---|---|---|---|

|  |  |
|---|---|
| Subtotal | **$5,887.94** |
| Retainer Payments | **-$2,500.00** |
| **Amount Due** | **$3,387.94** |

**Notes**

Sara Diaz; $285.00 per hour